CARTER *v.* INTERNATIONAL HARVESTER COMPANY.

RUSSELL, C. J. It is clearly apparent from the pleadings that the present case is not an equity case, or one which otherwise falls within the jurisdiction of the Supreme Court. It is therefore transferred to the Court of Appeals. It being obvious that this writ of error should have been brought to the Court of Appeals, a cost of $10 will be taxed upon its transfer from this court to the Court of Appeals, in conformity to Rule 6-a of the Supreme Court, as appears in 178 *Ga.* vi.

*Transferred to the Court of Appeals. All the Justices concur.*

No. 10321. DECEMBER 12, 1934.

*L. L. Meadors* and *Loeb C. Ketzky,* for plaintiff in error.
*L. M. Wyatt,* contra.